[No. 13858-1-II.   Division Two.   April 1, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEL ROSE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-02980-6, Terry D. Sebring, J., entered May 1, 1990. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Morgan, J., Petrich, J., dissenting.

[No. 14115-9-II.   Division Two.   April 1, 1993.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID LYLE WIXON, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 90-1-00049-1, Alan R. Hallowell, J., entered May 17, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 15320-3-II.   Division Two.   April 1, 1993.]

*In the Matter of* P.O.B., ET AL.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-5-00136-6, Herbert E. Wieland, J., entered July 31, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J.